# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00124-CV

**Deborah Parker and Donald Parker, Appellants**

**v.**

**Highland Lakes Real Estate Company, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
### NO. 99-02545, HONORABLE PAUL DAVIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The parties have filed a copy of their Rule 11 agreement with the clerk of this Court, notifying us that they have settled their differences and wish to dismiss the appeal. We will dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1) (appellate court may dispose of appeal in accordance with an agreement signed by all parties or their attorneys and filed with the clerk).

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed

Filed:   June 26, 2003